UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH ANN CAVANESS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | NO:  2:14-CV-0356-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation to grant the parties' stipulated motion for remand (ECF No. 21). The parties have not consented to proceed before a magistrate judge.

After careful consideration, this Court **ADOPTS** in its entirety the Report and Recommendation (ECF No. 21).  The Commissioner's final decision is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

///

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

**IT IS ORDERED:**

1. The Report and Recommendation (ECF No. 21) is **ADOPTED**.

2. The Commissioner's decision regarding Plaintiff's application for supplemental security income under Title XVI of the Social Security Act is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).

3. The Appeals Counsel will instruct the ALJ to do the following on remand:

   a. Give Plaintiff the opportunity to submit additional evidence;
   b. Reevaluate whether Plaintiff meets or medically equals Listing 12.05, and in so doing, attempt to obtain Plaintiff's previous education and IQ testing records, or obtain updated IQ testing;
   c. Reconsider Plaintiff's RFC, if warranted;
   d. Seek supplemental vocational expert evidence, if warranted, to determine whether there are a significant number of jobs Plaintiff can perform;
   e. Give Plaintiff the opportunity to have a new hearing; and
   f. Issue a new decision.

4. All pending motions are **DENIED** as moot.

The District Court Executive is directed to enter this Order, enter **JUDGMENT** for Plaintiff, provide copies to counsel, and **CLOSE** the file.

**DATED** August 4, 2015.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2